IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON JAQUAY HOLMES,<br><br>  Plaintiff,<br><br>  v.<br><br>CHRISTIAN LEPE, et al.,<br><br>  Defendants.<br>_____/ | 1:12-cv-01649-AWI-MJS (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR EXPEDITED SCREENING OF HIS COMPLAINT<br><br>(ECF No. 11) |

Plaintiff Brandon Jaquay Holmes ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).

On May 22, 2013, Plaintiff filed a motion for expedited judicial screening of his Complaint. (ECF No. 11.) The Court screened Plaintiff's Complaint on May 21, 2013. (ECF No. 10.)

Accordingly, Plaintiff's motion is DENIED as moot.

IT IS SO ORDERED.

Dated:   July 8, 2013              /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE