# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON JAQUAY HOLMES,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN LEPE, et al.,<br><br>Defendants.<br>_____/ | 1:12-cv-01649-AWI-MJS (PC)<br><br>FINDINGS AND RECOMMENDATIONS FOR DISMISSAL OF CERTAIN OF PLAINTIFF'S CLAIMS AND DEFENDANTS<br><br>(ECF Nos. 10 & 12)<br><br>OBJECTIONS DUE WITHIN FOURTEEN DAYS |

Plaintiff Brandon Jaquay Holmes ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).

On May 21, 2013, after reviewing Plaintiff's Complaint, the Court ordered Plaintiff to either file another amended complaint or notify the Court of his willingness to proceed only on his Eighth Amendment excessive force claim against Defendant Lepe. (ECF No. 10.)  On June 3, 2013, Plaintiff notified the Court of his willingness to forgo an amended complaint and proceed with his cognizable claim. (ECF No. 12.)

Accordingly, all claims in Plaintiffs First Amended Complaint except for his Eighth Amendment excessive force claim against Defendant Lepe should now be dismissed.

The Court hereby RECOMMENDS the following:

1. Plaintiff's action proceed on his Eighth Amendment excessive force claim against Defendant Lepe;
2. Plaintiff's Fourth Amendment claim for seizure of property be DISMISSED with prejudice;
3. Plaintiff's Eighth Amendment claim against unnamed individuals for not allowing him to properly decontaminate after he was sprayed with pepper spray be DISMISSED with prejudice;
4. Plaintiff's Fourteenth Amendment claim be DISMISSED with prejudice;
5. Plaintiff's claims under the Code of Federal Regulations be DISMISSED with prejudice; and
6. Defendant Rios be DISMISSED from this action.

These Findings and Recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1). Within fourteen (14) days after being served with these Findings and Recommendations, any party may file written objections with the Court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Y1 st, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated: August 15, 2013            /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE