# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON JAQUAY HOLMES,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTIAN LEPE, et al.,<br><br>    Defendants. | Case No.  1:12-cv-01649-AWI-MJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>ECF No. 15 |

    Plaintiff Brandon Jaquay Holmes ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971).  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On August 15, 2013, the Magistrate Judge filed a Findings and Recommendations, recommending dismissal of certain of Plaintiff's claims and defendants.  (ECF No. 15.)  Plaintiff has not filed any objections.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 15, 2013, are adopted in full;
2. Plaintiff's action proceed on his Eighth Amendment excessive force claim against Defendant Lepe;
3. Plaintiff's Fourth Amendment claim for seizure of property is DISMISSED with prejudice;
4. Plaintiff's Eighth Amendment claim against unnamed individuals for not allowing him to properly decontaminate after he was sprayed with pepper spray is DISMISSED with prejudice;
5. Plaintiff's Fourteenth Amendment claim is DISMISSED with prejudice;
6. Plaintiff's claims under the Code of Federal Regulations is DISMISSED with prejudice; and
7. Defendant Rios is DISMISSED from this action.

IT IS SO ORDERED.

Dated:   September 11, 2013

SENIOR DISTRICT JUDGE