# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON JAQUAY HOLMES,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTIAN LEPE, et al.,<br><br>    Defendants. | Case No. 1:12-cv-01649-AWI-MJS (PC)<br><br>ORDER DENYING MOTION TO ADDRESS THE COURT<br><br>ECF No. 14 |

Plaintiff Brandon Jaquay Holmes ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).

On August 2, 2013, Plaintiff filed a motion requesting that the Court provide him with the required service documents. (ECF No. 14.)  The Court has since provided

/////
/////
/////
/////
/////

1

Plaintiff with the requested documents.  (ECF No. 17.)

     Accordingly, Plaintiff's motion is DENIED as moot.

IT IS SO ORDERED.

Dated:   September 27, 2013        /s/ *Michael J. Seng*
                                                 UNITED STATES MAGISTRATE JUDGE