BENJAMIN B. WAGNER
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Lieutenant Christian Lepe

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON JAQUAY HOLMES,<br><br>             Plaintiff,<br><br>v.<br><br>CHRISTIAN LEPE, et al.,<br><br>             Defendant. | Case No. 1:12-cv-01649-MJS (PC) |

## NOTICE OF RELATED CASE

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

　　　PLEASE TAKE NOTICE that the above captioned case is related to the following case:

　　　Nigel Gillings v. Lepe, et al., Case No. 1:12-cv-01533-MJS (PC).

The complaints in both cases involve the same parties and the same transaction or event. See Local Rule 123.  The plaintiffs were inmates housed in the same cell at the time of the incident at USP Atwater.  Assignment of this related action to a single Judge and Magistrate Judge who is familiar

///

///

///

///

///

///

NOTICE OF RELATED CASE                                                                                                                                1

1 with the claims is likely to affect a savings of judicial effort and other economies.  These cases should
2 be scheduled together.

3               Respectfully submitted,

4 Dated:  January 10, 2014      BENJAMIN B. WAGNER
5               United States Attorney

7          By:  /s/Jeffrey J. Lodge
            JEFFREY J. LODGE
            Assistant U.S. Attorney
8             Attorneys for the Lieutenant
            Christian Lepe

NOTICE OF RELATED CASE                 2

CERTIFICATE OF SERVICE BY U.S. MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers;

That on January 10, 2014, she served a copy of:

NOTICE OF RELATED CASE

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Fresno, California.

Addressee(s):

Brandon Jaquay Holmes
73120-004
U.S. Penitentiary - Lewisburg
Inmate Mail/Parcels
Post Office Box 1000
Lewisburg, PA  17837

/s/Bonnie L. L'Argent
BONNIE L'ARGENT