UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON JAQUAY HOLMES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTIAN LEPE, et al.,<br><br>　　　　　Defendants. | CASE NO. 1:12-cv-01649-AWI-MJS<br><br>ORDER ACKNOWLEDGING NOTICE OF RELATED CASES<br><br>(ECF NO. 24) |

　　　Plaintiff Brandon Holmes, a federal prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to <u>Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971) on October 9, 2012. (ECF No. 1.) The action proceeds on Plaintiff's original complaint which alleges Defendant Lepe sprayed Plaintiff with a chemical agent in a manner that violated Plaintiff's Eighth Amendment rights. (<u>Id.</u>)

　　　On January 10, 2014, Defendant notified the Court in accordance with Local Rule 123 that <u>Gillings v. Lepe</u>, 1:12-cv-01533-AWI-MJS (PC), involves the same parties and is based on the same underlying events. (ECF No. 24.) Both cases are currently assigned to the same Magistrate Judge and District Court Judge.

1

The Court acknowledges receipt of the Rule 123 Notice. No futher action is necessary at this time.

IT IS SO ORDERED.

Dated: April 18, 2014    /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE