# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON JAQUAY HOLMES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTIAN LEPE, et al.,<br><br>　　　　Defendants. | Case No.  1:12-cv-01649-AWI-MJS (PC)<br><br>ORDER GRANTING REQUEST TO WITHDRAW MOTION FOR SANCTIONS<br><br>ECF Nos. 29, 35 |

　　　Plaintiff Brandon Jaquay Holmes ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971).

　　　Plaintiff initiated this action on October 9, 2012.  (ECF No. 1.)  On May 21, 2013, the Court found that Plaintiff stated a cognizable Eighth Amendment claim against Defendant Lepe.  (ECF Nos. 10, 15-16.)

　　　On February 24, 2014, Plaintiff filed a motion for sanctions.  (ECF No. 29.)  On May 2, 2014, Plaintiff filed a request to withdraw the motion.  (ECF No. 35.)

1

1  Accordingly, Plaintiff's request (ECF No. 35) is GRANTED and Plaintiff's motion
2  for sanctions (ECF No. 29) is STRICKEN from the record.

IT IS SO ORDERED.

Dated:  May 7, 2014                          /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE

2