UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON JAQUAY HOLMES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHRISTIAN LEPE, et al.,<br><br>　　　　Defendants. | CASE No. 1:12-cv-01649-AWI-MJS<br><br>ORDER DENYING MOTION TO OPEN DISCOVERY AS MOOT<br><br>(ECF No. 33) |

　　Plaintiff Brandon Jaquay Holmes is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to <u>Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). On April 16, 2014, Plaintiff filed a motion requesting that the Court issue an order opening discovery and outlining its procedures. (ECF No. 33.) The Court issued such an order on April 16, 2014. (ECF No. 32.) Accordingly, Plaintiff motion is DENIED as moot.

IT IS SO ORDERED.

Dated: 　August 7, 2014　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1