UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON JAQUAY HOLMES, | CASE NO. 1:12-cv-01649-AWI-MJS |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST TO WITHDRAW MOTION TO COMPEL |
| v. | |
| CHRISTIAN LEPE, et al., | (ECF NOS. 39 and 44) |
| Defendants. | |

Plaintiff Brandon Holmes is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics, 403 U.S. 388 (1971). This action proceeds on Plaintiff's original complaint which alleges Defendant Lepe sprayed Plaintiff with a chemical agent in a manner that violated Plaintiff's Eighth Amendment rights. (ECF No. 1.)

On September 22, 2014, Plaintiff filed a motion requesting that the Defendant be compelled to produce a copy of video surveillance. (ECF No. 39.) Defendant filed an opposition on October 6, 2014. (ECF No. 40.) Defendant asserted that the video was produced but Plaintiff was initially not able to view it because of software compatibility issues that have now been resolved. (Id.) On October 6, 2014, Plaintiff moved to withdraw his motion to compel because the requested video was produced. (ECF No.

1

44.)   Accordingly, Plaintiff's request (ECF No. 44) is GRANTED and the motion to compel (ECF No. 39) shall be disregarded.

IT IS SO ORDERED.

Dated:   October 24, 2014          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE