| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
|   | United States Attorney |
| 2 | JEFFREY J. LODGE |
|   | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
|   | Fresno, California 93721 |
| 4 | Telephone: (559) 497-4000 |
|   | Facsimile: (559) 497-4099 |

Attorneys for Lieutenant Christian Lepe

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| BRANDON JAQUAY HOLMES, | ) Case No. 1:12-cv-01649-AWI/MJS (PC) |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| LEPE, et al., | ) |
| Defendant. | ) |

**STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**

Pursuant to the terms of a written settlement and Rule 41(a) of the Rules of Civil Procedure, the parties hereby stipulate that the Complaint of Brandon Jaquay Holmes filed October 9, 2012, be dismissed with prejudice, each party to bear their own attorney fees and costs.

IT IS SO STIPULATED.

Dated: December 30, 2014

Respectfully submitted,

x /s/ Brandon Holmes
Brandon Jaquay Holmes, Plaintiff, In Pro Per

Dated: December 29, 2014

BENJAMIN B. WAGNER
United States Attorney

By: /s/Jeffrey J. Lodge
JEFFREY J. LODGE
Assistant U.S. Attorney
Attorneys for Lieutenant
Christian Lepe

**[PROPOSED] ORDER**

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE.

Dated: _____

_____ United States District Judge