BENJAMIN B. WAGNER
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Lieutenant Christian Lepe

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON JAQUAY HOLMES,<br><br>    Plaintiff,<br><br>v.<br><br>LEPE, et al.,<br><br>    Defendant. | Case No. 1:12-cv-01649-AWI-MJS (PC) |

### STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER

Pursuant to the terms of a written settlement and Rule 41(a) of the Rules of Civil Procedure, the parties hereby stipulate that the Complaint of Brandon Jaquay Holmes filed October 9, 2012, be dismissed with prejudice, each party to bear their own attorney fees and costs.

IT IS SO STIPULATED.

Dated: December 30, 2014

Respectfully submitted,

/s/Brandon Holmes
Brandon Jaquay Holmes, Plaintiff, In Pro Per

Dated:  December 29, 2014

BENJAMIN B. WAGNER
United States Attorney

By:    /s/Jeffrey J. Lodge
JEFFREY J. LODGE
Assistant U.S. Attorney
Attorneys for Lieutenant
Christian Lepe

STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER      1

**ORDER**

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated:   February 2, 2015                    _____
                                              SENIOR DISTRICT JUDGE