United States District Court
Eastern District of California
(Fresno Division)

Brandon JAQUAN Holmes
Plaintiff

V.                                    Case No. 1:12-cv-01649-AWI-MJS

Christian Lefe
Defendant

Declaration In support of the Written Settlement Issued by Attorneys for Lieutenant Christian Lefe

Comes Now the Plaintiff Brandon JAQUAN Holmes Pro se Pursuant to the terms of the Written settlement issued by Assistant U.S. Attorneys for Christian Lefe and Rule 41(a) of the Rules of Civil Procedure the parties hereby stipulate that the complaint of the Plaintiff filed October 9, 2012 be dismissed based on the facts of the written settlement.

Page 1 of 3

(1) The Plaintiff requests that this Honorable Court file on its record the four page written settlement issued by the Attorneys for Christian Lepe on December 29, 2014. Along with this declaration in support issued by the Plaintiff.

(2) The Plaintiff also requests the dates and signatures of all parties of Dennis M. Kelley Regional Counsel along with the signature of this Honorable United States District Judge over this case for the approval of this written settlement. And that a copy of this Action be issued to this Plaintiff upon the signature of all parties.

(3) The Plaintiff also request that the written settlement issued by the Attorneys of Christian Lepe upon the approval by this Honorable Judge be paid in full for a total of $ 9,500.00 by the United States within (30) days to the Plaintiff upon the approval of this Honorable Court.

Page 2 of 3

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this declaration is true and correct.

Executed on 2-1-2015
Date

Buckley
Signature & Server
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

Page 3 of 3

BENJAMIN B. WAGNER
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Lieutenant Christian Lepe

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON JAQUAY HOLMES,<br><br>Plaintiff,<br><br>v.<br><br>LEPE, et al.,<br><br>Defendant. | Case No. 1:12-cv-01649-AWI/MJS (PC) |

### STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER

Pursuant to the terms of a written settlement and Rule 41(a) of the Rules of Civil Procedure, the parties hereby stipulate that the Complaint of Brandon Jaquay Holmes filed October 9, 2012, be dismissed with prejudice, each party to bear their own attorney fees and costs.

IT IS SO STIPULATED.

Dated: December 30, 2014

Respectfully submitted,

x /s/ Brandon Jaquay Holmes
Brandon Jaquay Holmes, Plaintiff, In Pro Per

Dated: December 29, 2014

BENJAMIN B. WAGNER
United States Attorney

By:  /s/Jeffrey J. Lodge
JEFFREY J. LODGE
Assistant U.S. Attorney
Attorneys for Lieutenant
Christian Lepe

STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER                                          1

## [PROPOSED] ORDER

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE.

Dated: _____

_____ United States District Judge

## Judgment Fund Voucher for Payment

1. **Total Amount:** 2,501.00

2. **Submitting Agency Contact Name:** Dennis Wong, Regional Counsel
   **Telephone Number:** (209) 956-9739

3. **Electronic Funds Transfer (EFT) Information:**
   a) Payee Account Name: _____
   b) American Banking Association (ABA) Routing Number (9 digits): _____
   c) Payee Account Number: _____
   d) Checking: ☐  Savings: ☐
   e) Financial Institution Name, City, State: _____

4. **Interagency Payment System Information:**
   a) Agency Name: _____
   b) Agency Location Code (ALC) Number: (8 digits): _____
   c) Standard General Ledger (SGL) Number (4 digits): _____
   d) Treasury Account Symbol (TAS): _____

5. **Mailing Address for Check:** (Payee name not to exceed 32 Characters.)
   a) Payee Name: Brandon Holmes, Reg No 73170-004
   b) Payee Name: Tort Claim TRT-WXR-2011-05054
   c) Address Line 1: PO Box 474701
   d) Address Line 2: _____
   e) City: Des Moines    State: Iowa    Zip Code: 50947-0001

6. **Taxpayer Identification Number (s):**
   a) _____    b) _____

7. **Reimbursement Information for Contract Disputes Act (CDA), No FEAR Act, and Firefighters Fund:**
   a) Agency Name: _____
   b) Contact Name: _____
   c) Contract Number (CDA cases): _____
   d) Telephone Number: _____
   e) Address: _____
   f) City: _____    State: _____    Zip Code: _____

8. **If payment will be made in a foreign currency please provide the following information:**
   Country: _____    Currency: _____

9. **FOR USE BY JUDGMENT FUND BRANCH ONLY:**

   Z Number: _____    J/D Number: _____    GLOWS Code/Agency: _____

   _____    _____    _____
   Claim Analyst *Signature and Date*    Amount to Pay    Appropriation Code

   _____
   Claim Reviewer *Initials and Date*

## Judgment Fund Voucher for Payment

**10. Acceptance by Claimants:**

NOTE: For use ONLY where the settlement is (i) for cash, (ii) in an amount that does not exceed $200,000, and (iii) a court order approving the settlement is not warranted. For all other situations, a final judgment or a standard Department of Justice *Stipulation For Compromise Settlement And Release* must be attached.

Each claimant/plaintiff and his/her guardians, heirs, executors, administrators, and assigns agree to and do accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, survival, or wrongful death, arising from any and all known or unknown, foreseen or unforeseen bodily injuries, personal injuries, death, or damage to property, which they may have or hereafter acquire against the United States of America, its agents, servants, or employees, on account of the subject matter of the administrative claim or suit, or that relate or pertain to or arise from, directly or indirectly, the subject matter of the administrative claim or suit. Each claimant/plaintiff and his/her guardians, heirs, executors, administrators, and assigns further agree to reimburse, indemnify, and hold harmless the United States of America, its agents, servants, and employees, from and against any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation claims for subrogation, indemnity, contribution, or lien of any kind, or for fees, costs, expenses, survival or wrongful death that relate or pertain to or arise from, directly or indirectly, any act or omission that relates to the subject matter of the administrative claim or suit.

Date 12/30/14

(SIGN ORIGINAL ONLY)
X _____

(Claimant(s) sign above)

**11. AGENCY APPROVING OFFICIAL:** This claim has been fully examined in accordance with Statutory Citation 28 U.S.C. §§ 1346, 2671 and approved in the amount of $ 2,501.00

Authorized Signature: _____

Title: Dennis M. Wong, Regional Counsel

Date: _____